THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD GLENN BLAKE, Alleged to be LARRY WAYNE BARNETT, Appellant, v GEORGE E. PATAKI, as Governor of the State of New York, Respondent.

Submitted February 22, 2010; decided March 30, 2010

Motion for renewal and reargument denied [see 13 NY3d 912 (2010)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HINTON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted February 16, 2010; decided March 30, 2010

Motion for reargument of motion for leave to appeal denied. Motion for poor person relief dismissed as academic [see 13 NY3d 934 (2010)].

Judge PIGOTT taking no part.

RANDY RATAJCZAK, as Administrator of the Estate of MARY RATAJCZAK, Respondent, v MAHMOOD YOONESSI, M.D., et al., Appellants. (And a Third-Party Action.)

Submitted February 22, 2010; decided March 30, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion to disqualify counsel etc. denied.

In the Matter of the Estate of JOSEPH SINGER, Deceased. VIVIAN SINGER, Respondent; ALEXANDER SINGER, Appellant.

Submitted February 8, 2010; decided March 30, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 447 (2009)].